Case 2:22-cr-14019-AMC Document 1 Entered on FLSD Docket 03/21/2022 Page 1 of 5

FILED BY scn D.C.
Mar 21, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00024-SMM

UNITED STATES OF AMERICA

v.

JUAN MANUEL SOLIS-VASQUEZ,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
Michael D. Porter
Assistant United States Attorney
FLA Bar No.     0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-466-1020
Email: Michael.Porter2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Michael Porter

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____scn_____ D.C.

Mar 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

United States of America
v.

JUAN MANUEL SOLIS-VASQUEZ,

Defendant(s)

Case No. 22-mj-00024-SMM

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 25, 2022** in the county of **Martin** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Marc Blumsack, Deportation Officer, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: __March 21, 2022__

*Judge's signature*

City and state: __Fort Pierce, Florida__

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marc Blumsack, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2016. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan Manuel SOLIS-Vasquez ("SOLIS") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about February 25, 2022, SOLIS was arrested on a state offense in Martin County, Florida. As part of the booking process, SOLIS was fingerprinted by the Martin County Jail booking officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States. An immigration detainer was lodged at the Martin County Jail on or about February 25, 2022.

4. On February 28, 2022, SOLIS was interviewed by ICE officers in Martin County, Florida. SOLIS was read his Miranda rights in the Spanish language and SOLIS

waived his right to have an attorney present. SOLIS admitted to illegally re-entering the United States after deportation, and admitted that he knew it was against the law to re-enter the United States without permission.

5. I reviewed documents from the immigration alien file belonging to SOLIS, AXXX XXX 315. A review of Department of Homeland Security electronic records and the immigration alien file assigned to SOLIS show that he is a native and citizen of Guatemala. Records further show that on or about July 12, 2012, SOLIS was ordered removed from the United States. Records in the alien file show that on or about July 30, 2012, SOLIS was removed from the United States to Guatemala.

6. SOLIS' fingerprint card from his February 25, 2022 arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Juan Manuel SOLIS-Vasquez.

7. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if SOLIS had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that SOLIS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about February 25, 2022, Juan Manuel SOLIS-Vasquez, an alien who has previously been deported and removed from the United States, was found in the

United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).



Marc Blumsack
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __21st__ day of March 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____S.Carlson_____
Deputy Clerk
Date __Mar 21, 2022__