UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14019-CR-CANNON

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**JUAN MANUEL SOLIS-VASQUEZ,**

       Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING**

**THIS MATTER** comes before the Court upon Defense Counsel's Unopposed Motion to Continue Sentencing [ECF No. 23]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is hereby reset for 10:00 a.m. on Thursday, August 18, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of August 2022.

                                              _____
                                              AILEEN M. CANNON
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record